1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN ALEXANDER BOYCE,

11            Petitioner,                    No. CIV S-06-1944 GEB GGH P

12        vs.

13   T. FELKER, Warden,

14            Respondent.                    ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

18   pauperis.  Petitioner has also filed a motion to stay the petition pending state court exhaustion of

19   unexhausted grounds for relief.

20            Examination of the in forma pauperis application reveals that petitioner is unable

21   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

22   granted.  See 28 U.S.C. § 1915(a).

23            Since petitioner may be entitled to relief if the claimed violation of constitutional

24   rights is proved, respondents will be directed to file a response to petitioner's habeas petition, as

25   well as a response to petitioner's motion to stay the petition pending exhaustion of unexhausted

26   claims.

1

1    Petitioner has also requested appointment of counsel.  There currently exists no

2 absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

3 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

4 any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

5 § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

6 served by the appointment of counsel at the present time.

7    In accordance with the above, IT IS HEREBY ORDERED that:

8    1.  Petitioner's application to proceed in forma pauperis is granted;

9    2.  Respondents are directed to file a response to petitioner's habeas petition

10 within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An

11 answer shall be accompanied by all transcripts and other documents relevant to the issues

12 presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

13    3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

14 shall be filed and served within thirty days after service of the answer;

15    4.  If the response to the habeas petition is a motion, petitioner's opposition or

16 statement of non-opposition to the motion shall be filed and served within thirty days after

17 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days

18 thereafter;

19    5.  Respondent is also directed to file a response to petitioner's August 30, 2006,

20 motion to stay the petition pending exhaustion of additional grounds for relief, within thirty days

21 from the date of this order;

22    6.  Petitioner's September 27, 2006, request for appointment of counsel  is denied

23 without prejudice to a renewal of the motion at a later stage of the proceedings; and

24 \\\\\

25 \\\\\

26 \\\\\

1        7.  The Clerk of the Court shall serve a copy of this order together with a copy of

2 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,

3 Senior Assistant Attorney General.

4 DATED:  10/30/06

                                                /s/ Gregory G. Hollows

5                                                 UNITED STATES MAGISTRATE JUDGE

6

7 GGH:009
boyc1944.100+

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26