IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ALEXANDER BOYCE,

    Petitioner,                    No. CIV S-06-1944 GEB GGH P

    vs.

T. FELKER, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By <u>Order</u> filed October 31, 2006, respondent was directed to file a response to the petition and to petitioner's motion for a stay while his petition containing certain then-unexhausted claims to the state supreme court was still pending. On November 30, 2006, respondent filed a response indicating no opposition to petitioner's motion for a stay pending exhaustion of state court remedies. On April 19, 2007, petitioner filed a request to lift the stay and to file a first amended petition, the state supreme court having denied petitioner's claims on March 21, 2007.

        It appears that no stay was ever actually imposed in this matter, and the motion for a stay has now been rendered moot (as is, therefore, the request to lift the stay). The court will grant petitioner's request to file a first amended petition.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's unopposed motion for a stay pending exhaustion of state court remedies, filed on August 30, 2006, is now vacated as moot;

2. To the extent that petitioner's April 19, 2007, request seeks to lift a stay never imposed in this matter, that request is denied as moot;

3. Petitioner's April 19, 2007, request for leave to file a first amended petition following exhaustion of state court remedies is granted;

4. Petitioner is granted thirty days to file a first amended petition setting forth all of his exhausted claims using the form to be provided by the court (with any appropriate attachments in the form of a memorandum of points and authorities and/or exhibits);

5. Thereafter, respondent is directed to file a response to petitioner's first amended habeas petition within thirty days of the filing of the first amended petition. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

6. If the response to the first amended habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

7. If the response to the first amended habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

8. The Clerk of the Court is directed to provide petitioner with the form used in this district for the filing of a habeas corpus petition, pursuant to 28 U.S.C. § 2254.

DATED: 5/2/07                             /s/ Gregory G. Hollows

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
boyc1944.ord