IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ALEXANDER BOYCE,

      Petitioner,                 No. CIV S-06-1944 GEB GGH P

    vs.

T. FELKER, Warden,

      Respondent.                 ORDER

_____/

      A joint scheduling statement in this matter was filed on August 14, 2007, pursuant to the court's order filed June 1, 2007.[1] After reviewing the joint statement, the court issues the following ORDERS:

      1. If petitioner elects to proceed on the original petition with a supplemental memorandum of points and authorities, he must so inform the court and file the supplemental memorandum by October 31, 2007.

      2. Should petitioner choose to amend the petition and proceed on exhausted claims only, petitioner must file an amended exhausted-claims-only petition on or before October 31, 2007.

---

[1] An extension of time for filing the statement was granted by order filed on July 2, 2007.

1

3. If petitioner proceeds pursuant to number 1 or 2 above, respondent must file a responsive pleading within 60 days thereafter, and petitioner must file his opposition or his optional reply (traverse), as appropriate, 30 days following the response; if a dispositive motion was filed, any reply by respondent is due within 30 days of service of an opposition.

4. Should petitioner identify unexhausted claims which he will seek to exhaust, petitioner shall file an amended petition, by October 31, 2007, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which he would seek to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, by October 31, 2007; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

5. Should respondent object to any motion for a stay to pursue unexhausted claims, he must file any opposition to a motion for a stay pending exhaustion of unexhausted claims within 30 days of service of any motion to stay the proceedings by petitioner; thereafter, petitioner has 15 days to file any reply.

6. Petitioner shall file any motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a) on or before March 1, 2008. Any opposition to any motion for discovery must be filed on or before April 2, 2008, and any reply to an opposition is due within 15 days thereafter.

7. If petitioner intends to proceed on a motion for an evidentiary hearing, he must file any such motion by June 15, 2008; respondent's opposition to such a motion must be filed by July 15, 2008; any reply will be due 15 days thereafter.

DATED: 8/21/07                              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/boyc1944.pst