IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALEXANDER BOYCE,<br><br>  Petitioner,<br><br>  v.<br><br>L. SMALL, Warden,*<br><br>  Respondent. | 2:06-cv-01944-RCT<br><br>JUDGMENT |

Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

DATED this 2nd day of June, 2009, at Seattle, Washington.

/s/ Richard C. Tallman
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

---

   *   Larry Small is substituted for his predecessor, T. Felker, as the warden where the petitioner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

PDF created with pdfFactory trial version www.pdffactory.com